**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-6110**

---

ANTHONY LEON HOOVER,

Petitioner - Appellant,

versus

NORTH CAROLINA,

Respondent - Appellee.

---

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham. James A. Beaty, Jr., Chief
District Judge. (1:06-cv-01018-JAB)

---

Submitted: March 29, 2007          Decided: April 6, 2007

---

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Anthony Leon Hoover, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Leon Hoover seeks to appeal the district court's January 3, 2007 order adopting the report and recommendation of the magistrate judge and dismissing his § 28 U.S.C. 2254 (2000) petition without prejudice to refiling a new petition correcting the defects and paying the applicable filing fee. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Hoover seeks to appeal is not an appealable interlocutory or collateral order. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED